**UNITED STATES of America,
Appellee,**

v.

**Brandon Allen WICKMAN, Appellant.**

No. 09–1878.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 19, 2009.

Filed: Nov. 12, 2009.

Before RILEY, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

Brandon Allen Wickman pled guilty to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). After holding that two of his prior convictions for terroristic threats in violation of Minn.Stat. § 609.713(1) were "crimes of violence" under the United States Sentencing Guidelines Manual (USSG) § 4B1.2(a), the district court[1] imposed a sentence of 72 months' imprisonment. Wickman appeals his sentence, arguing that his convictions for terroristic threats were not crimes of violence.

We review a district court's finding that a prior conviction constitutes a crime of violence under the Guidelines *de novo*. *United States v. Wilson*, 562 F.3d 965, 967 (8th Cir.2009). On appeal, Wickman states that he "understands and acknowledges

that his position is contrary to current 8th Circuit law," (Appellant's Br. at 5), and he concedes that this issue is controlled by *United States v. Clinkscale*, 559 F.3d 815 (8th Cir.2009).

Accordingly, the judgment of the district court is affirmed.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.